# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| ALEXANDER L. HARRIS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:17-cv-1617-SNLJ |
| CORIZON MEDICAL, | ) ) ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court *sua sponte.* On August 21, 2017, mail that this Court sent to plaintiff was returned without a forwarding address, and plaintiff has not notified the Court of any change in his address. The Local Rules of this Court require a pro se party to promptly notify the Clerk of any change in his address or telephone number. *See* E.D. Mo. L.R. 2.06(B). "If any mail to a pro se plaintiff or petitioner is returned to the Court without a forwarding address and the pro se plaintiff does not notify the Court of the change of address within thirty (30) days, the Court may, without further notice, dismiss the action without prejudice." *Id.*

In this case, more than thirty days have passed since the mail was returned, and plaintiff has not notified the Court of a change of address. The Court will therefore dismiss this action, without prejudice, pursuant to Local Rule 2.06(B).

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice. A separate order of dismissal will be entered herewith.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

Dated this 26th day of September, 2017.

                                                   _____
                                                   STEPHEN N. LIMBAUGH, JR.
                                                   UNITED STATES DISTRICT JUDGE